■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS FIELDS, Appellant. [789 NYS2d 888]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered February 15, 2001, convicting defendant, after a jury trial, of manslaughter in the second degree, and sentencing him to a term of 5 to 15 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (see People v Bleakley, 69 NY2d 490 [1987]). The jury was presented with conflicting expert testimony regarding the cause of death, and the record supports its decision to credit the People's expert testimony (see People v Miller, 91 NY2d 372, 380 [1998]). Concur—Andrias, J.P., Saxe, Friedman, Marlow and Nardelli, JJ.

■ In the Matter of MARY DUGAN, Appellant, v BERNARD KERIK, as Police Commissioner of the City of New York, et al., Respondents. [790 NYS2d 131]—

Judgment, Supreme Court, New York County (Michael D. Stallman, J.), entered February 14, 2002, which denied petitioner police officer's application to annul respondent Board of Trustees' denial of her application for accidental disability retirement benefits, unanimously affirmed, without costs.

The Medical Board's finding that petitioner's disabling degenerative condition was unrelated to her 1982 line-of-duty accident is supported by some credible evidence, including conservative treatment after the accident involving an absence from work of only three weeks and her return to full duty for some 15 years (see Matter of Doyle v Kelly, 8 AD3d 125 [2004]). Concur—Andrias, J.P., Saxe, Friedman, Marlow and Nardelli, JJ.